UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASIM DIZDAREVIC and MTN TRANSPORTATION, INC., | § § § § § | |
| Plaintiffs, VS. | § § | CIVIL ACTION NO. 4:19-CV-00963 |
| THE GOODYEAR TIRE & RUBBER COMPANY, | § § § § § | |
| Defendant. | § | |

## ORDER OF STIPULATED DISMISSAL OF PLAINTIFF
## MTN TRANSPORTATION, INC. ONLY

Plaintiff in the above styled and numbered cause of action has filed a notice of stipulated dismissal of plaintiff MTB Transportation, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that Asim Dizdarevic's remaining claims against the defendant remain pending.

It is so ORDERED.

SIGNED on this 21st day of November, 2019.

_____
Kenneth M. Hoyt
United States District Judge